# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| EDWARD V. SHELL, | CASE NO. 08-CV-2159 H (POR) |
|---|---|
| Petitioner, | **ORDER DENYING MOTION FOR A CERTIFICATE OF APPEALABILITY** |
| vs. | |
| MATTHEW C. KRAMER, Warden, | |
| Respondent. | |

On September 3, 2009 the Court dismissed without prejudice Petitioner's motion for habeas relief as a successive habeas motion pursuant to 28 U.S.C. § 2244(b)(3)(A). (Doc. No. 16.) Petitioner was given leave to obtain permission from the Ninth Circuit Court of Appeals to file a successive petition. (Id.) On September 10, 2009, the Court received Petitioner's motion for a certificate of appealability. (Doc. No. 17.) A certificate of appealability requires "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The Court concludes that Petitioner does not meet this standard and DENIES the request for a certificate of appealability.

**IT IS SO ORDERED.**

DATED: September 14, 2009

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT